UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

STATEMENT OF UNDISTRIBUTED BALANCE

In the Matter of:                               Case Number 08-18047 JHW

Debtor: Frederick & Marcie McDonald

| Check Number | Creditor | Amount |
|---|---|---|
| 1697646 | American Home Mortgage | 2348.00 |

/s/ Isabel C. Balboa
Isabel C. Balboa
Chapter 13 Standing Trustee

Dated:   July 19, 2010